UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-19-2344 |
| | § | | |
| JHAZIEL LOREDO | § | | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about October 2018 to on or about August 8, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JHAZIEL LOREDO**

being a public official, that is, a Correctional Officer, at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept a thing of value, namely United States currency, personally or for any other person or entity, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his official duty, that is to bring contraband into the correctional facility and distributing the contraband to federal inmates.

In violation of Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY